UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, *et al.*,

                Petitioners,

      -v-

BROADWAY WALLBOARD INC.,

                Respondent.

26-CV-887 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioners have filed a petition to confirm arbitration and a memorandum in support.

Respondents shall file a response to the petition within 21 days of being served with the petition.

If they fail to do so, the petition will be treated as unopposed.

Petitioners are directed to serve Respondent with a copy of this order within 14 days.

If Respondent does not file a response to the petition within the required time, Petitioners

are directed to file a proposed order confirming the arbitration award.

SO ORDERED.

Dated: February 9, 2026
      New York, New York

                                   J. PAUL OETKEN
                             United States District Judge