UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK,

26 CV 00887

**ORDER AND JUDGMENT**

Petitioners,

-against-

BROADWAY WALLBOARD INC. D/B/A CROWN
PARTITION,

Respondent.

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the December 3, 2025 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $2,452.352.27, plus pre-judgment interest thereon from December 3, 2025, the date set in the Award, at an annual rate of 9.50% totaling $65,743.20, pursuant to the Award;

3. Awarding Petitioners $85 in costs arising out of this proceeding;

4. Awarding Petitioners $1,181.70 in attorneys' fees arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
          March 13, 2026

_____
J. PAUL OETKEN
United States District Judge